

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00132-CV

---

IN THE INTEREST OF G.P.L., A CHILD

---

On Appeal from the 85th District Court[1]
Brazos County, Texas
Trial Court No. 17-000457-CVD-85, Honorable Lisa Hubacek, Associate Judge Presiding

---

August 6, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Garris Jansen Luckey, appeals from the trial court's *Order Enforcing Child Support and Medical Support Obligation*. Now pending before the Court is Luckey's motion seeking voluntary dismissal of his appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not address costs, costs will be taxed

---

[1] Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

against Luckey.  TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam